```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

       IN RE:                                           CASE NO. 06 B 13654
          STEPHEN L PARISH
          PATRICIA A PARISH                             CHAPTER 13

                                                        JUDGE: MANUEL BARBOSA
                Debtor
         SSN XXX-XX-8649      SSN XXX-XX-0264


       -----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
       -----------------------------------------------------------------------------
            Glenn Stearns, Chapter 13 Standing Trustee, submits the following
       Final Report and Account of the administration of the estate pursuant to
       11 USC 1302(b)(1).

          1.   The case was filed on 10/24/06 and confirmed on 12/22/06.

          2.   The case was dismissed after confirmation, 07/05/2007.

          3.   The Debtor paid a total of $    1990.00 .

          4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 537.42 | .00 | 537.42 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| CITIZEN FINANCE | SECURED | 8800.00 | 235.24 | 1117.84 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2467.01 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 5967.76 | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | 736.34 | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | 771.33 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FOX METRO WATER REC DIST | UNSECURED | NOT FILED | .00 | .00 |
| GEICO CASUALTY | UNSECURED | NOT FILED | .00 | .00 |
| JAMES C PAULY DDS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 685.17 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 776.11 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2655.11 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

         Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 9337.42 | 5122.12 | 8936.71 | .00 | 23396.25 |
| PRINCIPAL PAID | 1655.26 | .00 | .00 | .00 | 1655.26 |
| INTEREST PAID | 235.24 | .00 | .00 | .00 | 235.24 |
| TOTAL PAID | 1890.50 | .00 | .00 | .00 | 1890.50 |

The Debtor's attorney, RUDDY MILROY & KING          , was allowed $   2500.00 and was paid $   2500.00  direct and $        .00  through the plan.

The Trustee received $     99.50 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/10/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE